IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-CR-00134-RJC-DSC

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| SANTOS CABALLERO FERNANDEZ (23) | ) |
| | ) |

**THIS MATTER** is before the Court on its own motion.

The Court previously ordered Federal Defenders of Western North Carolina, Inc., to designate counsel promptly to represent the defendant for the remainder of this case, unless he retains other counsel. (Doc. No. 1533). That office has informed the Court that David Q. Burgess, who represented the defendant at trial, at sentencing, and on appeal, is available for appointment.

**IT IS, THEREFORE, ORDERED** that David Q. Burgess is appointed to represent the defendant before this Court in remand proceedings.

The Clerk is directed to certify copies of this Order the defendant, Federal Defenders of Western North Carolina, Inc., the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: June 10, 2013

Robert J. Conrad, Jr.
United States District Judge